**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Cases:<br><br>*French*, 18-cv-1218<br>*Bures*, 25-cv-1864<br>*Stahlnecker*, 25-cv-1869 | **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1** |

I, John P. Mandler, certify that the Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings complies with the requirements of Local Rule 7.1(f) and 7.1(h). I certify that the Memorandum contains 5,228 words. I further certify that I relied on the word-count functionality of Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the preceding word count.

Respectfully submitted,

Date: December 15, 2025

*s/John P. Mandler*

John P. Mandler (#0194438)
M. Joseph Winebrenner (#0387889)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com
joe.winebrenner@faegredrinker.com

Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
ben.hulse@nortonrosefulbright.com
mary.young@nortonrosefulbright.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***