**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Cases:<br><br>*French*, 18-cv-1218<br>*Bures*, 25-cv-1864<br>*Stahlnecker*, 25-cv-1869 | **NOTICE OF HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

PLEASE TAKE NOTICE THAT on a date and time to be determined, before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. (collectively, "3M") will respectfully move the Court for an order granting judgment on the pleadings as to the following cases: *French*, No. 18-cv-1218; *Bures*, No. 25-cv-1864; and *Stahlnecker*, No. 25-cv-1869.

Respectfully submitted,

Date: December 15, 2025

*s/John P. Mandler*
John P. Mandler (#0194438)
M. Joseph Winebrenner (#0387889)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com
joe.winebrenner@faegredrinker.com

Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
ben.hulse@nortonrosefulbright.com
mary.young@nortonrosefulbright.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***